IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>FERNANDO HERNANDEZ, LAUREEN PAIGE HIYKEL, STEVEN D. POTTER, KATIA Y. SERRANO-FLORES,<br><br>                Defendants. | 8:24CR85<br><br>ORDER |

IT IS ORDERED:

1) The Telephone Conference with counsel regarding Defendant Fernando Hernandez's Motion to Extend Pretrial Motions Deadline, (Filing No. 372), will be held at 11:30 a.m. on December 19, 2025 before the undersigned magistrate judge.

2) Defense counsel, and counsel for the government shall attend, and shall use the following instructions.

    Dial 1-888-675-2535.
    Enter the access code 4687625, then hit the # key.
    Enter the security code: **2305 552 6567**

Dated this 18th day of December, 2025.

                                  BY THE COURT:

                                  s/ Michael D. Nelson
                                  United States Magistrate Judge