IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiffs, | | **8:24CR85** |
| v. | | |
| FERNANDO HERNANDEZ, LAUREEN PAIGE HIYKEL, STEVEN D. POTTER, and KATIA Y. SERRANO-FLORES, | | **ORDER** |
| Defendants. | | |

This matter is before the Court on defendant Katia Y. Serrano-Flores' Unopposed Motion to Continue Trial (Filing No. 396). Counsel needs additional time to conclude plea negotiations. The government and counsel for the above-named co-defendants have no objection to the continuance. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 396) is granted as follows:

1.      The jury trial, **for all defendants**, now set for February 17, 2026, is continued to **March 23, 2026.**

2.      In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 23, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3.      No further continuances will be granted barring exceptional circumstances.

Dated this 6th day of February 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge