IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiffs, | | **8:24CR85** |
| v. | | |
| FERNANDO HERNANDEZ, LAUREEN PAIGE HIYKEL, STEVEN D. POTTER, and KATIA Y. SERRANO-FLORES, | | **ORDER** |
| Defendants. | | |

This matter is before the Court on government's Motion to Continue Trial (Filing No. 399). A necessary witness for the government is not available the week of March 23, 2026. Counsel for defendant Fernando Hernandez objects to the continuance. Counsel for defendants Laureen Paige Hiykel, Steven D. Potter and Katia Y. Serrano-Flores have no objection. The Court will grant a short one-week continuance. Accordingly,

IT IS ORDERED that the Motion to Continue Trial (Filing No. 399) is granted as follows:

1.  The jury trial, **for all defendants**, now set for March 23, 2026, is continued to **March 30, 2026.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 30, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3.    No further continuances will be granted.

Dated this 10th day of March 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge