IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN Y. AMENTA-AGUILAR, ALBERTO AYALA-ORDONEZ, GREGORY SCOTT DREHER, FERNANDO HERNANDEZ, LAUREEN PAIGE HIYKEL, RODRIGO MARRUFO-PINEDA, FERNANDO MENDEZ, STEVEN D. POTTER, JAYLENE MICHELLE RUSSELL, KRISTINA LYNN SCHMIDT, KATIA Y. SERRANO-FLORES, and ANGELA JANE TUTTLE,<br><br>Defendants. | **8:24CR85**<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court upon the government's Motion for Final Order of Forfeiture (Filing No. 486). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1.      On December 6, 2024, the Court entered a Preliminary Order of Forfeiture (Filing No. 199) forfeiting defendant Rodrigo Marrufo-Pineda's interest in:

   a.    United States currency in the amount of $3,300 seized from the possession of FERNANDO MENDEZ on or about October 12, 2023.

   b.    United States currency in the amount of $7,924 seized from the possession of ALBERTO AYALA-ORDONEZ on or about January 19, 2024.

c.  United States currency in the amount of $4,000 seized from the possession of GREGORY SCOTT DREHER on or about October 2, 2023.

d.  United States currency in the amount of $784 seized from the possession of KRISTINA LYNN SCHMIDT on or about December 28, 2023.

e.  United States currency in the amount of $14,955 seized from the possession of KEVIN Y. AMENTA-AGUILAR and KATIA Y. SERRANO-FLORES on or about March 8, 2024.

f.  A 2006 Silver Hyundai Santa Fe, VIN: KM8SC73E36U108853 seized from the possession of ALBERTO AYALA-ORDONEZ on or about January 19, 2024.

Hereinafter referred to as the "Subject Property."

2.  On February 24, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 221) forfeiting defendant Kristina Lynn Schmidt's interest in the Subject Property.

3.  On April 17, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 232) forfeiting defendant Gregory Scott Dreher's interest in the Subject Property.

4.  On June 16, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 264) forfeiting defendant Angela Jane Tuttle's interest in the Subject Property.

5.  On June 16, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 266) forfeiting defendant Jaylene Michelle Russell's interest in the Subject Property.

6.      On July 28, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 281) forfeiting defendant Fernando Mendez's interest in the Subject Property.

7.      On October 21, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 356) forfeiting defendant Alberto Ayala-Ordonez's interest in the Subject Property.

8.      On November 7, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 364) forfeiting defendant Kevin Y. Amenta-Aguilar's interest in the Subject Property.

9.      On March 27, 2026, the Court entered a Preliminary Order of Forfeiture (Filing Mo. 439) forfeiting defendant Laureen Paige Hiykel's interest in the Subject Property.

10.      On March 30, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 454) forfeiting defendant Steven D. Potter's interest in the Subject Property.

11.      On April 7, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 467) forfeiting defendant, Katia Y. Serrano-Flores interest in the Subject Property.

12.      On May 6, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 471) forfeiting defendant Fernando Hernandez's interest in the Subject Property.

13.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 7, 2024, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.   A Declaration of Publication was filed herein on June 9, 2026 (Filing No. 485).

14. The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

15. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 486) is granted.

2. All right, title and interest in and to the Subject Property, held by any person or entity are forever barred and foreclosed.

3. The Subject Property is forfeited to the government.

4. The government is directed to dispose of the Subject Property in accordance with law.

Dated this 13th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge