IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:24CR85** |
| v. | |
| FERNANDO HERNANDEZ, | **ORDER** |
| Defendant. | |

This matter is before the Court on defendant Fernando Hernandez's ("Hernandez") Motion for Leave to Proceed in Forma Pauperis (Filing No. 523).

For good cause shown, Hernandez's motion is granted, and he is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated this 14th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge